UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 9, 2013
BCO-077

Nos. 13-1123 & 13-1124

JOHN M. DEWEY, ET AL.

v.

VOLKSWAGEN AKTIENGESELLSCHAFT, ET AL.

David T. Murray; Jennifer B. Murray,
        Appellants in No. 13-1123

Peter Braverman,
        Appellant in No. 13-1124

(D.N.J. Nos. 2-07-cv-02249 & 2-07-cv-02361)

Present: SCIRICA and HARDIMAN, Circuit Judges

 1. Motion by Appellees, Kenneth Bayer, et al., to Vacate Clerk's Order of April 05, 2013 Granting Motion to Stay Briefing Schedule Pending Disposition of Motion for Summary Disposition;

 2. Letter by Appellees, John M. Dewey, et al., Joining in the Motion to Vacate Clerk's Order of April 05, 2013 Granting Motions to Stay Briefing Schedule Pending Disposition of Motion for Summary Disposition.

            Respectfully,
            Clerk/mlr

_____ORDER_____

The foregoing motion to vacate the Clerk's order entered April 5, 2013 is denied.

            By the Court,

            /s/Anthony J. Scirica
            Circuit Judge

Dated: April 19, 2013
mlr/cc: All Counsel of Record