# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

13-1123 & 13-1124

David Murray, et al v. Volkswagen America, et al

2-07-cv-02361

## 2nd O R D E R

The Court has received the Briefs' and Joint Appendix from **Peter Braverman, Jennifer B. Murray, David T. Murray**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Citations in table of authorities do not conform with 3rd Cir. LAR 28.3

**The appendix does not comply with the following Court requirements:**

**Contents of Appendix- FRAP 30- The following is/are missing from the appendix**

**.** Table of contents for appendix volumes II thru XI.

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Peter Braverman, Jennifer B. Murray, David T. Murray** must file an addendum to brief containing the parallel citations to all the NJ citations listed in the Table of Authorities in the brief in electronic and paper format (7 paper copies).

**Action Required Regarding Appendix**

In order to cure errors with respect to CONTENT, **Peter Braverman, Jennifer B. Murray, David T. Murray** must file an addendum to appendix containing the missing sections and or document(s) **in electronic format only.**

**Counsel or the party(ies) must correct the above listed deficiencies by 07/01/2013. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 6/26/2013

**MCW/cc:**   **Jeffrey L. Chase, Esq.**
**Michael J. Epstein, Esq.**
**Theodore H. Frank, Esq.**
**David M. Freeman, Esq.**
**Angelo J. Genova, Esq.**
**Eric D. Katz, Esq.**
**Dina M. Mastellone, Esq.**
**Matthew R. Mendelsohn, Esq.**
**David M. Nieporent, Esq.**
**John J. Pentz III, Esq.**
**Jay P. Saltzman, Esq.**
**Adam E. Schulman, Esq.**
**Gary W. Sibley, Esq.**
**Adam M. Slater, Esq.**
**Samuel P. Sporn, Esq.**

**For questions please contact the Clerk's Office at 267-299-4940.**